NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES (Cal. Bar No. 263878)
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorneys
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4961
                     (213) 894-2740
    Facsimile:  (213) 894-0115
    E-mail:    james.hughes2@usdoj.gov
                    john.ellis3@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GERALDINE GARDNER,<br><br>    Defendant. | No. 2:18-cv-3536-CAS (Ex)<br><br>[Proposed] Judgment |

Plaintiff United States of America's Motion for Summary Judgment against Geraldine Gardner came before the Court on April 22, 2019, the Honorable Christina A. Snyder, United States District Judge, presiding.

After carefully reviewing all matters properly part of the record, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The United States of America's motion for default against defendant Geraldine Gardner is GRANTED.

/ / /

2. As of October 27, 2017, defendant Geraldine Gardner is personally indebted to the United States of America in the amount of $106,232.88, consisting of unpaid Report of Foreign Bank and Financial Accounts (FBAR) penalty assessments for the 2008, 2009, 2010, and 2011 calendar years in the aggregate amount of $100,000.00, a failure-to-pay penalty in the amount of $5,342.46, and statutory interest in the amount of $890.42.  Additional penalties and interest will accrue as provided by law until such obligation is paid in full.

Dated:  April 22, 2019

*/s/ Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE